CARL E. ROSTAD
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403-3447
119 First Ave. North, #300
Great Falls, Montana 59401
Direct Line: (406) 771-2001
Phone:     (406) 761-7715
FAX:       (406) 453-9973
Email:     Carl.Rostad@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.

2009 AUG 20 PM 2 11

PATRICK E. DUFFY, CLERK
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAURA ANN BROWN,<br><br>Defendant. | CR 09-22-BU-DWM<br><br>**INDICTMENT**<br><br>LABOR UNION EMBEZZLEMENT<br>Title 29 U.S.C. § 501(c) (Count I)<br>(Penalty: Five years imprisonment, $10,000 fine, and three years supervised release)<br><br>FALSIFICATION OF UNION RECORDS<br>Title 29 U.S.C. § 439(c) (Count II)<br>(Penalty: One year imprisonment. $10,000 fine, and one year supervised release) |
|---|---|

1

THE GRAND JURY CHARGES:

## COUNT I

That from on or about January 1, 2004, and continuing thereafter until on or about November 21, 2008, at Butte, in the State and District of Montana, the defendant, LAURA ANN BROWN, while an officer of a labor organization engaged in an industry affecting commerce, that is President of Teachers (AFT) Local Union 5095, did embezzle, steal and unlawfully and willfully abstract and convert to her own use, the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $7,731.54, in violation of 29 U.S.C. § 501(c).

## COUNT II

That on or about June 29, 2008, at Butte, in the State and District of Montana, the defendant, LAURA ANN BROWN, did willfully make and cause to be made a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is, the financial books and accounts of Teachers (AFT) Local Union 5095, a record on matters required to be reported in the annual financial report of the labor union

which is required to be filed with the Secretary of Labor, in violation of 29 U.S.C. § 439(c).

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney
Attorney for Plaintiff

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons ✓
Warrant: _____
Bail: _____

9.22.09 @ 1:30pm
in MSLA Judge Lynch